IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FELIX KASHARD BUTLER,

     Appellant,

v.

    Case No. 5D22-1440
    LT Case No. 2021-100235-CFDL

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender, and Steven
N. Gosney, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Daniel P. Caldwell, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.